UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORBER et al.,

Plaintiffs,

-v.-

NIRVANA WATER SCIENCES CORP. et al.,

Defendants.

25 Civ. 3370 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiffs brought this action on April 23, 2025. *See* ECF No. 1. On May 27, Defendants moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 10. On June 13, 2025, Plaintiff filed an amended complaint. *See* ECF No. 14. Accordingly, Defendant's motion to dismiss the complaint, ECF. No. 10, is hereby DENIED as moot. *See* ECF No. 13.

The Clerk of Court is directed to terminate ECF No. 10.

SO ORDERED.

Dated: July 8, 2025
New York, New York

JENNIFER H. REARDEN
United States District Judge