UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------X

HALLIE LORBER and JAMES FISCHER, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

NIRVANA WATER SCIENCES CORP. And JOHN DOES 1-10,

Defendants.

-----------------------------------X

Index No. 1:25-cv-03370-JHR

**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL**

Notice is hereby given that, subject to approval by the court, Richard DeVita, Esq. of Gusrae Kaplan Nusbaum PLLC substitutes as counsel of record in place of Kari Parks, Esq. formerly associated with Gusrae Kaplan Nusbaum PLLC as withdrawing counsel.

Contact information for new counsel is as follows:

Attorney: Richard DeVita, Esq.

Firm Name: Gusrae Kaplan Nusbaum PLLC

Address: 29 Broadway, 12th Floor, New York, New York 10006

Email: rdevita@gusraekaplan.com

Telephone: 201-803-2903

I consent to the above substitution.

Date: June 29, 2026

/s/ Douglas Toth
Signature of Defendant

I consent to the substitution.

Date: June 29, 2026

/s/ Kari Parks
Signature of Former Attorney

I consent to the above substitution.

Date: June 29, 2026

/s/ Richard DeVita
Signature of New Attorney

The substitution of attorney is hereby approved and so ORDERED.

Dated: New York, New York
September 25, 2026